IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLTON G. JOYNER,

    Plaintiff,

v.                              CASE NO. 4:09cv88-SPM/WCS

SHERIFF LARRY CAMPBELL,
CAPTAIN KIM PETERSON,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated February 3, 2010 (doc. 21). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 21) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for failure to prosecute and

failure to comply with court orders.

DONE AND ORDERED this 5th day of March, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge